# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150643(117)(119)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                  SC: 150643
                                  COA: 313670
                                  Wayne CC: 94-000424-FH

BOBAN TEMELKOSKI,
     Defendant-Appellant.
_____/

       On order of the Chief Justice, the motion of the Attorney General to extend the time for filing a brief amicus curiae in support of plaintiff-appellee is GRANTED. The amicus brief submitted on October 31, 2016, is accepted for filing. On further order of the Chief Justice, the motion of the Attorney General to participate in oral argument by sharing ten minutes of plaintiff-appellee's allotted time for argument is GRANTED.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

               November 2, 2016


_____     _____